UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO VILLALOBOS MENDOZA,<br><br>Defendant. | No. Cr-07-2071-WFN-4<br><br>ORDER DENYING DEFENDANT'S MOTION FOR CONDITIONS OF RELEASE **(Ct. Rec. 77)** |

The Court, having taken the Defendant's motion for conditions of release under advisement following argument at the July 16, 2007 bail review hearing, makes the following findings;

The Court found there remains an absence of condition or conditions that could be imposed that would reasonably assure this defendant's presence at trial or further court proceedings.

The Defendant's motion for conditions of release is denied. **(Ct. Rec. 77)** The defendant shall continue to be held in the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

DATED this 25th day of July, 2007.

                                        s/Cynthia Imbrogno
                                          CYNTHIA IMBROGNO
                                      United States Magistrate Judge

ORDER DENYING DEFENDANT'S MOTION
FOR CONDITIONS OF RELEASE